# ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 12 PM 2 32

STEPHAN HARRIS, CLERK

UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 15-MJ-13-F |
| ANDREW LAMBERT SILICANI | |