ORIGINAL

UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 FEB 12  PM 2 31
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 15-MJ-13-F |
| ANDREW LAMBERT SILICANI | *Filed under seal* |

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk