**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 12  PM 2 32

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LAMBERT SILICANI,<br><br>Defendant. | Criminal No:<br><br>15-MJ-13-F |

## ORDER SEALING CASE

Upon motion of the United States to seal this case filed against the above-named Defendant;

**IT IS HEREBY ORDERED**, that this case be sealed until such time as the Defendant named above has appeared for his initial appearance; and

**IT IS HEREBY ORDERED**, that the original complaint and affidavit filed in this case remain sealed, that the United States file versions of these documents with all personal identifying information of the victims, including names and addresses, redacted; and that the redacted documents be made part of the public record when the case is unsealed.

DATED this 12th day of February, 2015.

HONORABLE KELLY H. RANKIN
CHIEF U.S. MAGISTRATE JUDGE