ORIGINAL

THOMAS SZOTT
Assistant United States Attorney
Wyoming Bar Number 7-5139
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Thomas.Szott@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 12  PM 2 31

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW LAMBERT SILICANI,<br><br>  Defendant. | Criminal No. 15-MJ-13-1 |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    ✓ Crime of violence (18 U.S.C. § 3156)
    ___ Maximum sentence life imprisonment or death
    ___ 10+ year drug offense
    ___ Serious risk Defendant will flee
    ___ Felony, with two prior convictions in above categories
    ___ Serious risk obstruction of justice

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    ✓ Defendant's appearance as required
    ✓ Safety of any other person and the community

3. Rebuttable Presumption. The United States WILL NOT invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

_____Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)
_____Probable cause to believe Defendant committed the crime of child exploitation
_____Previous conviction for "eligible" offense committed while on pretrial bond

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

_____At first appearance
\_\_✓\_\_After a continuance of three days

DATED this 12th day of February, 2015.

CHRISTOPHER A. CROFTS
United States Attorney

By: *Thomas Szott*
THOMAS SZOTT
Assistant United States Attorney