

COPY

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 FEB 12 PM 2 50
STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW LAMBERT SILICANI,<br><br>    Defendant. | **WARRANT FOR ARREST**<br><br>Case Number: 15-MJ-13-F |

To: The United States Marshal and any Authorized United States Officer

  YOU ARE HEREBY COMMANDED to arrest **ANDREW LAMBERT SILICANI**, and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with murder for hire in violation of 18 U.S.C. § 1958.

| | |
|---|---|
| **Hon. Kelly H. Rankin**<br>Name of Issuing Officer | **Chief United States Magistrate Judge**<br>Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer | February    , 2015  Cheyenne, WY<br>Date and Location |

_____
By Deputy Clerk

Bail fixed at _____Detain_____     By: *[signature]*

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk
By: _____
Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |