THOMAS SZOTT
Assistant United States Attorney
Wyoming Bar Number 7-5139
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Thomas.Szott@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 13   PM 4 00

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **Criminal No. 15-MJ-13-F** |
| v. | |
| ANDREW LAMBERT SILICANI, | |
| Defendant. | |

## MOTION TO CORRECT ARREST WARRANT *NUNC PRO TUNC*

The United States of America, by and through its attorney, Thomas Szott, Assistant United States Attorney for the District of Wyoming, hereby moves the court for an order *nunc pro tunc* to correct a clerical error in the record.[1] This court issued an arrest warrant in this case on February 12, 2015. (ECF No. 5). However, due to an oversight by the United States, the warrant bears the month and year, but not the date, of its issuance. The United States therefore moves for an order correcting this clerical error *nunc pro tunc* and directing that a corrected version of the arrest warrant be filed.

---

[1] A Latin phrase meaning "now for then," *nunc pro tunc* means "[h]aving retroactive legal effect through a court's inherent power." BLACK'S LAW DICTIONARY 498 (3d Pocket Ed. 2006).

DATED this 13th day of February, 2015.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By:  _____
THOMAS SZOTT
Assistant United States Attorney