IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 13 PM 4 00

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LAMBERT SILICANI,<br><br>Defendant. | Criminal No: 15-MJ-13-F |

### ORDER CORRECTING ARREST WARRANT *NUNC PRO TUNC*

Upon motion of the United States;

**IT IS HEREBY ORDERED**, that the arrest warrant issued in this case on February 12, 2015, be corrected to include the date of its issuance, and that a corrected version of the arrest warrant be filed.

DATED this 13th day of February, 2015.

_____
HONORABLE KELLY H. RANKIN
CHIEF U.S. MAGISTRATE JUDGE