FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 FEB 13 PM 4 01
STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **WARRANT FOR ARREST** |
| v. | Case Number: 15-MJ-13-F |
| **ANDREW LAMBERT SILICANI,** | |
| Defendant. | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANDREW LAMBERT SILICANI**, and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with murder for hire in violation of 18 U.S.C. § 1958.

| | |
|---|---|
| **Hon. Kelly H. Rankin** | **Chief United States Magistrate Judge** |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | **February 12, 2015  Cheyenne, WY** |
| Signature of Issuing Officer | Date and Location |

By Deputy Clerk

CERTIFIED A TRUE AND CORRECT COPY
By: [signature]
United States Magistrate Judge

Bail fixed at _____ Detain

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |