# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                Plaintiff,

vs.

ANDREW LAMBERT SILICANI

                Defendant.

Case Number: 15-MJ-13-F

Interpreter Needed: No

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 3 | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | February 19, 2015 at 8:30 a.m. |

Type of Proceeding:

## INITIAL APPEARANCE

                                              Stephan Harris
                                              Clerk of Court

Dated this 18th day of February, 2015.      Zachary Reid
                                              Deputy Clerk

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |

WY35                                                                                                            Rev. 2/11/2014