

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 19 2015
7:56 a.m.
Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT

for the

_____District of Wyoming_____

**UNITED STATES OF AMERICA**

**v.**

**ANDREW  SILICANI**

AMENDED
CRIMINAL COMPLAINT

CASE NUMBER: _15-MJ-13-F_

*Filed under seal*