ORIGINAL

RECEIVED
U.S. MARSHAL'S SERVICE

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 FEB 19  AM 10 00
Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **WARRANT FOR ARREST** |
| v. | Case Number: 15-MJ-13-F |
| ANDREW LAMBERT SILICANI, | |
| Defendant. | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANDREW LAMBERT SILICANI**, and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with murder for hire in violation of 18 U.S.C. § 1958.

| | |
|---|---|
| **Hon. Kelly H. Rankin** | **Chief United States Magistrate Judge** |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | **February    , 2015  Cheyenne, WY** |
| Signature of Issuing Officer | Date and Location |
| | |
| By Deputy Clerk | |
| Bail fixed at ____ Detain ____ | By: [signature] |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Wyoming State Pen- Rawlins, WY by writ.

| DATE RECEIVED 2/12/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/18/15 | J. Stephenson, DUSM | [signature] for J. Stephenson |