THOMAS SZOTT
Assistant United States Attorney
Wyoming Bar Number 7-5139
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Thomas.Szott@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 19  AM 9 44

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SILICANI,<br><br>  Defendant. | Criminal No: 15-MJ-13-F |

### MOTION TO SEAL AMENDED COMPLAINT

On February 12, 2015, the United States filed a motion to seal this case and file a redacted version of the Complaint and affidavit for the public record, which this court granted. The United States hereby moves the court for an order sealing the Amended Complaint and affidavit, pursuant to Federal Rule of Criminal Procedure 49.1(d)-(f), and permitting the United States to file versions of these documents for the public record with all personal identifying information of the victims redacted. The United States further moves for an order that the original Complaint and affidavit, and the redact versions of these documents, remain sealed. These documents should remain sealed to protect the privacy of the victims, as more fully set forth in the government's original motion to seal.

Dated this 19th day of February, 2015.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: *[signature: Thomas Szott]*
THOMAS SZOTT
Assistant United States Attorney