**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 19 AM 9 44

STEPHAN HARRIS, CLERK
CHEYENNE

15-MJ-13-F

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **Criminal No:** |
| v. | |
| **ANDREW SILICANI,** | |
| Defendant. | |

## ORDER SEALING AMENDED COMPLAINT

Upon the motion of the United States;

**IT IS HEREBY ORDERED**, that the Amended Complaint and affidavit filed in this case be sealed; that the United States file versions of these documents for the public record with all personal identifying information of the victims redacted; and that the redacted documents be made part of the public record when the case is unsealed; and

**IT IS HEREBY ORDERED**, that the original complaint and affidavit filed in this case, along with the redacted versions of these documents, remain sealed.

DATED this 19th day of February, 2015.

HONORABLE KELLY H. RANKIN
CHIEF U.S. MAGISTRATE JUDGE