**FILED**



11:13 am, 2/19/15

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

ANDREW LAMBERT SILICANI
DEFENDANT

Case No. 15-MJ-13-F     Date 2/19/15
Time 10:05 - 10:16
☐ Indictment       ☐ Information
☑ Complaint        ☐ Other

Offense   Murder for Hire

Before the Honorable, Kelly H. Rankin        Recorded  FTR Courtrooom 3   ☐ Disk NO.

Zachary Reid        Julie Thomas         Phil Caldwell        Timothy J. Forwood     Robert MacMaster
Deputy Clerk        Court Reporter       Probation Officer    Asst. U.S. Attorney    Marshal

INTERPRETER   N/A

Appeared   ☐ Voluntarily
           ☑ In-Custody
☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing _____
           ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1. Initial appearance    Date 2/19/15 _____ (Comments) _____

   **BOND IS**   ☑ Defendant is detained
                 ☐ Set at $ _____   ☐ Cash or Surety   ☐ Unsecured
                 ☐ Continued on the same terms and conditions
                 ☑ Detention and/or Preliminary hearing set for  2/24/15 at 11:00 a.m. before Judge Rankin

☐ Obey all laws, Federal, State and Local        ☐ Maintain current residence
☐ Seek/Maintain employment                       ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____           ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Abide by the following curfew
☐ Not use or possess alcohol                     ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                      ☐ Avoid all contact with
☐ Submit to drug/alcohol testing                 ☐ Post property or sum of money
☐ Do not obtain passport                         ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☑ Other

The Court orders that the defendant have no contact (direct or indirect) with anyone that is mentioned in the forthcoming list from the US Attorney's office (a motion and order for no contact will be filed by the US Attorney's office in short order).

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing        Date _____
☐ Defendant detained -    Reasons
   Defendant is held on a writ ad prosequendum (permanent detention will be address on Tuesday, February 24, 2015 at 11:00 a.m.)

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived
☐ Removal hearing waived        ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
     ☐ Bond to transfer     Defendant to report on or before _____
     ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other

2.   Preliminary hearing            Date _____
     Witnesses


     Outcome
          ☐ Bound over to U.S. District Court    ☐ Dismissed

☐ Other


# Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in _____ days or | ☐ Defendant advised on consequence of a plea of guilty |
| On / Before _____ | ☐ Plea agreement filed |
| ☐ Trial date set for _____ at _____ | ☐ Sentencing set for _____ at _____ |
| In _____ | In _____ |
| ☐ Speedy trial expires on _____ | ☐ Plea conditionally accepted |


## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court