**FILED**



*9:39 am, 2/19/15*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 15-MJ-13-F |
| ANDREW LAMBERT SILICANI | Interpreter Needed: No |
| Defendant. | |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 3 | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | Tuesday, February 24, 2015 at 11:00 a.m. |

Type of Proceeding:

### PRELIMINARY/DETENTION HEARING

Stephan Harris
Clerk of Court

Dated this 19th day of February, 2015.

Zachary Reid
Deputy Clerk

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |

WY35                                                                                       Rev. 2/11/2014