✎ AO 470 (Rev. 12/03) Order of Temporary Detention



**FILED**

*12:27 pm, 2/19/15*

**Stephan Harris**

**Clerk of Court**

# UNITED STATES DISTRICT COURT

For the District of Wyoming

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
|---|---|
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| ANDREW LAMBERT SILICANI | |
| *Defendant(s)* | Case Number: 15-MJ-13-F |

Upon motion of the __United States Attorney__, it is ORDERED that a detention hearing is set for __February 24, 2015__ * at __11:00 am__
   *Date*                   *Time*

before __the Honorable Kelly H. Rankin__
   *Name of Judicial Officer*

__in Cheyenne, Wyoming (Courtroom No. 3)__
   *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(__or any other authorized law enforcment officer__) and produced for the hearing.
   *Other Custodial Official*

Date: __February 19, 2015__                              _____
                                                              *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.