**FILED**



*11:19 am, 2/24/15*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

ANDREW LAMBERT SILICANI
_____
DEFENDANT

Case No. 15-MJ-13-F-1    Date 2/24/15
Time 11:12 - 11:17
☐ Indictment      ☐ Information
☒ Complaint       ☐ Other

Offense  18 USC 1958 - Murder for Hire

Before the Honorable, Kelly H. Rankin

Recorded FTR Courtroom No. 3   ☐ Disk NO. _____

| Zachary Reid | Jan Davis | Phil Caldwell | James C. Anderson | Robert MacMaster |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER  N/A

Appeared    ☐ Voluntarily
            ☒ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  James H. Barrett
            ☒ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1.  Initial appearance    Date _____ (Comments) _____

    **BOND IS**   ☐ Defendant is detained
                  ☐ Set at $ _____  ☐ Cash or Surety  ☐ Unsecured
                  ☐ Continued on the same terms and conditions
                  ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local        ☐ Maintain current residence
☐ Seek/Maintain employment                       ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Abide by the following curfew
☐ Not use or possess alcohol                     ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                      ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                 ☐ Post property or sum of money _____
☐ Do not obtain passport                         ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☑ Bail review/detention hearing     Date 2/24/15
☑ Defendant detained -   Reasons
Danger to community, flight risk

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____ ☑ Preliminary hearing waived
☐ Removal hearing waived    ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
    ☐ Bond to transfer    Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other

2.   Preliminary hearing     Date 2/24/15
    Witnesses   Waived (waiver on file)

    Outcome
      ☑ Bound over to U.S. District Court     ☐ Dismissed

☑ Other    US Attorney to file amended no contact order this afternoon (2/24/15) to add numerous names to the list of people the Defendant is not to have any direct or indirect contact with.

# Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in _____ days or On / Before _____ | ☐ Defendant advised on consequence of a plea of guilty |
| ☐ Trial date set for _____ at _____ | ☐ Plea agreement filed |
| In _____ | ☐ Sentencing set for _____ at _____ |
| ☐ Speedy trial expires on _____ | In _____ |
| | ☐ Plea conditionally accepted |

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court