AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
FEB 24 2015
11:76 a.m.
Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANDREW LAMBERT SILICANI | ) Case No. 15-MJ-13-F |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 02/24/2015

_Defendant's signature_

_Signature of defendant's attorney_

James H. Barrett
_Printed name and bar number of defendant's attorney_

Federal Public Defender's Office
214 West Lincolnway, Suite 31-A
Cheyenne, WY 82001
_Address of defendant's attorney_

jim_barrett@fd.org
_E-mail address of defendant's attorney_

307/772-2781
_Telephone number of defendant's attorney_

307/772-2788
_FAX number of defendant's attorney_