

FILED

*11:19 am, 2/24/15*

**Stephan Harris
Clerk of Court**

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ANDREW LAMBERT SILICANI | ORDER OF DETENTION<br>PENDING TRIAL<br><br>Case Number: 15-MJ-0013-F-1 |

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held in this matter.  The Court finds that the following facts require the detention of the Defendant pending trial.

### Part I - Findings of Fact

(1) There is probable cause to believe that the Defendant has committed one or more felony offenses.

(2) Pursuant to 18 U.S.C. 3142(e), there exists a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community nor the appearance of the Defendant as required.

(3) The Defendant has failed to offer facts and evidence sufficient to rebut this presumption as further stated in Part II below.

(4) The Court has carefully considered each of the factors set forth in 18 U.S.C. §3142(g).

(5) The Court finds:

   (X)   by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required.

   (X)   by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

### Part II - Written Statement of Reasons for Detention

Upon hearing the facts and reviewing the Pretrial Services Report, the Court provides the following reasons for detention: 1) The factual findings set forth above in Part I; 2) the charges in the instant offense; 3) the defendant's history of noncompliance with supervision; 4) the defendants history of substance abuse; 5) the defendant's current status as an inmate with the State of Wyoming; and 5) the recommendations contained in the Pretrial Services Report, which is incorporated herein by reference.

## Part III - Directions Regarding Detention

    The Defendant is committed to the custody of the Attorney General or his designated representative for the confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

| February 24, 2015 | [signature] |
|---|---|
| *Date* | *Signature of Judicial Officer* |
| | Kelly H. Rankin, U.S. Magistrate Judge |
| | *Name and Title of Judicial Officer* |