IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LAMBERT SILICANI,<br><br>Defendant. | No. 15 CR 1 27<br><br>Cts. 1-4:<br>18 U.S.C. § 1958<br>(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about December 29, 2014, in the District of Wyoming and elsewhere, the Defendant, **ANDREW LAMBERT SILICANI**, used the mail with intent that the murders of his mother and stepfather be committed in violation of the laws of the State of Wyoming as consideration for a promise and agreement to pay things of pecuniary value, to wit: cash proceeds of his mother's life-insurance policy.

In violation of 18 U.S.C. § 1958.

## COUNT TWO

On or about January 13, 2015, in the District of Wyoming and elsewhere, the Defendant, **ANDREW LAMBERT SILICANI**, used the mail with intent that the murders of his mother and stepfather be committed in violation of the laws of the State of Wyoming as consideration for a promise and agreement to pay things of pecuniary value, to wit: cash proceeds of his mother's life-insurance policy.

In violation of 18 U.S.C. § 1958.

## COUNT THREE

On or about January 29, 2015, in the District of Wyoming and elsewhere, the Defendant, **ANDREW LAMBERT SILICANI**, used the mail with intent that the murders of his mother and stepfather be committed in violation of the laws of the State of Wyoming as consideration for a promise and agreement to pay things of pecuniary value, to wit: cash proceeds of his mother's life-insurance policy.

In violation of 18 U.S.C. § 1958.

## COUNT FOUR

On or about February 18, 2015, in the District of Wyoming and elsewhere, the Defendant, **ANDREW LAMBERT SILICANI**, used the mail with intent that the murders of his mother and stepfather be committed in violation of the laws of the State of Wyoming as consideration for a promise and agreement to pay things of pecuniary value, to wit: cash proceeds of his mother's life-insurance policy.

In violation of 18 U.S.C. § 1958.

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | ANDREW LAMBERT SILICANI, |
| **DATE:** | March 17, 2015 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in: **Cheyenne** |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | Cts. 1-4, individually<br><br>**18 U.S.C. § 1958**<br>**(Use of interstate commerce facilities in the commission of murder-for-hire)**<br><br>0-10 years imprisonment<br>$250,000 fine<br>3 years supervised release<br>$100 special assessment |
| **TOTALS:** | 0-40 years imprisonment<br>$1,000,000 fine<br>3 years supervised release<br>$400 special assessment |
| **AGENT:** | Paul A. Kanish II, FBI |
| **AUSA:** | Thomas Szott |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. The Court should not grant bond as the Defendant is not bondable. |