Thomas Szott
Wyoming State Bar No. 7-5139
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
thomas.szott@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 MAR 19  PM 1 27

STEPHAN HARRIS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW LAMBERT SILICANI,

Defendant.

Case No. **15** CR **57**

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following

individual: **ANDREW LAMBERT SILICANI**.

DATED this *18th* day of March, 2015.

CHRISTOPHER A. CROFTS
United States Attorney

By: *Thomas Szott* .

THOMAS SZOTT
Assistant United States Attorney

BOND SET AT: *Detain*

*Scott W. Skavdahl*
SCOTT W. SKAVDAHL
United States District Court Judge