Thomas Szott
Wyoming State Bar No. 7-5139
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
thomas.szott@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 MAR 19  PM 1 27

STEPHAN HARRIS, CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

                    Plaintiff,

        v.                                         Case No. _15 CR  57_

**ANDREW LAMBERT SILICANI,**

                    Defendant.

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.      Eligibility of Case.  This case is eligible for a detention order because the case involves the following:

**Crime of Violence (18 U.S.C. § 3156)**

2.      Reason for Detention.  The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required**

3.      Rebuttable Presumption.  The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

1

4.      Time for Detention Hearing.  The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this *18th* day of March, 2015.

                                        CHRISTOPHER A. CROFTS
                                        United States Attorney

                        By:     _____
                                        THOMAS SZOTT
                                        Assistant United States Attorney

2