# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

ANDREW LAMBERT SILICANI,.

**WARRANT FOR ARREST**

CASE NUMBER: 15cr 0057-F

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ANDREW LAMBERT SILICANI,

and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire** in violation of **18 U.S.C. § 1958**.

Stephan Harris
Name of Issuing Officer

Clerk, US District Court
Title of Issuing Officer

_____
Signature of Issuing Officer

March 19, 2015, Casper, WY
Date and Location

*[signature]*
By Deputy Clerk

Bail fixed at $ Detain

By: _____  Scott W. Skavdahl

United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |