
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 15-CR-57-F |
| ANDREW LAMBERT SILICANI | Interpreter Needed: No |
| Defendant. | |

**Type of Case:**

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 3 | Kelly H. Rankin, Chief United States Magistrate Judge |
| | **Date and Time:** |
| | March 26, 2015 at 10:00 a.m. |

**Type of Proceeding:**

## INITIAL APPEARANCE/ARRAIGNMENT

|  |  |
|---|---|
|  | Stephan Harris |
|  | Clerk of Court |
| Dated this 25th day of March, 2015. | Zachary Reid |
|  | Deputy Clerk |

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |