

**4:38 pm, 3/26/15**
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

ANDREW LAMBERT SILICANI
_____
DEFENDANT

Case No. 15-CR-57-F    Date 3/26/15
Time 10:25 - 10:34
[✓] Indictment       [ ] Information
[ ] Complaint        [ ] Other

Offense: Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire

Before the Honorable, Kelly H. Rankin

Recorded FTR Courtroom 3   [ ] Disk NO.

| Zachary Reid | Jan Davis | N/A | Thomas A. Szott | Jon Goodman |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER  N/A

Appeared   [ ] Voluntarily
           [✓] In-Custody

[ ] Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Jim Barrett
[✓] FPD   [ ] PANEL-CJA   [ ] RETAINED
[ ] Attorney waived

1. Initial appearance   Date 3/26/15   (Comments) _____

   **BOND IS**   [✓] Defendant is detained
                 [ ] Set at $ _____   [ ] Cash or Surety   [ ] Unsecured
                 [✓] Continued on the same terms and conditions
                 [ ] Detention and/or Preliminary hearing set for _____

[ ] Obey all laws, Federal, State and Local         [ ] Maintain current residence
[ ] Seek/Maintain employment                        [ ] Report to Pretrial Services as directed
[ ] 3rd party custody of _____                 [ ] Travel restricted to _____
[ ] Not use or possess firearms/ammunition/explosives  [ ] Abide by the following curfew
[ ] Not use or possess alcohol                      [ ] Not use or possess controlled substances/drugs
[ ] Not use alcohol to excess                       [ ] Avoid all contact with
[ ] Submit to drug/alcohol testing                  [ ] Post property or sum of money _____
[ ] Do not obtain passport                          [ ] Undergo medical/psychiatric treatment/exam
[ ] Surrender passport to _____

[ ] Other

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

- [ ] Bail review/detention hearing   Date _____
- [ ] Defendant detained -   Reasons

- [x] Defendant committed to custody of U.S. Marshal
- [ ] Preliminary hearing set for _____   [ ] Preliminary hearing waived
- [ ] Removal hearing waived   [ ] Removal hearing held   Date _____
- [ ] Court orders defendant held to answer to U.S. District Court, District of _____
  - [ ] Bond to transfer   Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue
- [ ] Case continued to _____ for _____
- [ ] Other

2. Preliminary hearing   Date _____
   Witnesses

   Outcome
   - [ ] Bound over to U.S. District Court   [ ] Dismissed
   - [ ] Other

# Arraignment

- [ ] Defendant waives indictment
- [ ] Information filed by Government
- [ ] Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
- [x] Not guilty to count(s) 1, 2, 3, 4 of an Indictment
- [ ] Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| [x] Court orders discovery per rule 16 FRCrP | [ ] Court is satisfied there is factual basis for a plea of guilty |
| [x] Court orders access to Grand Jury Transcripts | [ ] Defendant referred to probation for presentence investigation |
| [x] Motions to be filed in 20 days or On / Before _____ | [ ] Defendant advised on consequence of a plea of guilty |
| | [ ] Plea agreement filed |
| [x] Trial date set for 5/18/15 at 8:30 am In Cheyenne, Wyoming before Judge Freudenthal | [ ] Sentencing set for _____ at _____ In _____ |
| [x] Speedy trial expires on 5/19/15 | [ ] Plea conditionally accepted |

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

\\lanadmin\intranet\website\forms\iaarraign.pdf    Revised September 25, 2013 - (Superceeds all previous versions)    Page 2 of 2