**FILED**

10:54 am, 3/26/15
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                                   Plaintiff,

vs.                                                    Case Number:  15-CR-57-F

ANDREW LAMBERT SILICANI                 Interpreter Needed: No

                                Defendant.

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center 2120 Capitol Avenue Cheyenne, WY 82001-3657 Courtroom 1 | Nancy D. Freudenthal, Chief United States District Judge |
| | **Date and Time:** |
| | Monday, May 18, 2015 at 8:30 a.m. |

Type of Proceeding:

## JURY TRIAL

Stephan Harris

Clerk of Court

Dated this 26th day of March, 2015.

Zachary Reid

Deputy Clerk

TO:

U.S. Attorney                         Defense Counsel

U.S. Marshal                         Defendant through Counsel

U.S. Probation Office             Court Reporter

WY35                                            Rev. 2/23/2015