RECEIVED
U.S. MARSHALS SERVICE
WY

2015 MAR 24  AM 8: 47

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

ANDREW LAMBERT SILICANI,.

**WARRANT FOR ARREST**

CASE NUMBER: 15cr 0057-F

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ANDREW LAMBERT SILICANI,

and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire** in violation of **18 U.S.C. § 1958**.

Stephan Harris
Name of Issuing Officer

Clerk, US District Court
Title of Issuing Officer

Signature of Issuing Officer

*[signature]*
By Deputy Clerk

March 19, 2015, Casper, WY
Date and Location

Bail fixed at $ Detain

By:_____ Scott W. Skavdahl

United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Cellblock Cheyenne, WY |

| DATE RECEIVED 03/24/15 | NAME AND TITLE OF ARRESTING OFFICER Jon D. Goodman/DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 03/25/15 | | |

32