

**FILED**
*10:24 am, 4/24/15*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 15-CR-057-NDF |
| Andrew Lambert Silicani | Interpreter Needed: No |
| Defendant. | |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 1 | Nancy D. Freudenthal, Chief United States District Judge |
| | Date and Time: |
| | April 27, 2015 at 9:00 a.m. |

Type of Proceeding:

## CHANGE OF PLEA

Stephan Harris
Clerk of Court

Dated this 24th day of April, 2015.

Kellie Erickson
Deputy Clerk

TO:
U.S. Attorney
U.S. Marshal
U.S. Probation Office

Defense Counsel
Defendant through Counsel
Court Reporter

WY35

Rev. 3/24/2015