# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*9:41 am, 4/27/15*

**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 15-CR-57-1F |
| ANDREW LAMBERT SILICANI | Interpreter Needed: No |
| Defendant. | |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 1 | Nancy D. Freudenthal, Chief United States District Judge |
| | Date and Time: |
| | July 6, 2015 at 10:00 a.m. |

Type of Proceeding:

## SENTENCING

Dated this 27th day of April, 2015.

Stephan Harris
Clerk of Court

Deputy Clerk

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel - Jim Barrett |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |

WY35                                                                 Rev. 3/24/2015