# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*3:44 pm, 6/29/15*

**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 15-CR-057-NDF-1 |
| Andrew Lambert Silicani, | Interpreter Needed: No |
| Defendant. | |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: | Before: | |
|---|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 1 | Nancy D. Freudenthal, Chief United States District Judge | |
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | July 6, 2015 at 10:00 a.m. | July 9, 2015 at 9:00 a.m. |

Type of Proceeding:

## SENTENCING

Stephan Harris
Clerk of Court

Dated this 29th day of June, 2015.

Kellie Erickson
Deputy Clerk

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |

WY35    Rev. 3/24/2015