## CRIMINAL MINUTE SHEET
### SENTENCING

Date: 7/9/15  ☐ Non-Public Document  Case No.: 15-CR-57-1F
Time: 9:05 a.m. - 9:10 a.m.; 9:19 a.m. - 10:27 a.m  Interpreter: none  Int. Phone:

**USA** vs. ANDREW LAMBERT SILICANI

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Tom Fitzgerald | Mueske/Stephenson |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**
Government: Thomas Szott
Defendant: Jim Barrett
☐ CJA  ☑ FPD  ☐ RET  ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's objections to presentence report
  ☐ Court denies objections to presentence report  ☐ Court grants objections to presentence report

☑ Witness(es): (spoke but not sworn) Cheryl Lambert
☐ Exhibits received by Court

☐ Government to move for departure within 1 year of sentencing
Downward Departure  ☐ Granted  ☐ Denied

**SENTENCING INFORMATION**
☐ Defendant is committed to custody
  For a period of 120 Month(s) as to Count(s) 1    120 Month(s) as to Count(s) 2
                   120 Month(s) as to Count(s) 3    60 Month(s) as to Count(s) 4

☑ Sentence shall be served consecutive to each count and consecutive to sentence imposed in Laramie County 30-869
☐ Defendant is sentenced to time served  ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
  For a period of 3 Year(s) as to Count(s) 1,2,3,4    as to Count(s)
                                  as to Count(s)    as to Count(s)

☑ Supervised Release shall be served concurrent to each other
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of _____

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☑ Abide by the standard conditions of supervision
☐ Home confinement for a period of _____
☑ Not use or possess firearms/ammunition/explosives
☑ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☑ Submit to mandatory drug testing (w/in 15 days of release)
☐ Notify Probation of change in economic circumstance
☐ Notify employers of conviction
☑ Submit person, residence, office or vehicle to a search

☑ Report to Probation w/in 72 hours of release
☐ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☑ Not use or possess controlled substances/drugs
☐ Not open new lines of credit or incur new debt
☑ Submit to additional drug/alcohol testing and treatment
☐ Mandatory drug testing is waived
☑ DNA collection
☑ Cognitive/Behavioral Treatment
☑ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing

☑ Other (continued from conditions of Probation/Supervised Release)
The defendant shall participate in mental health treatment in a program approved by the U.S. Probation Officer, and abide by the rules, requirements and conditions of the treatment program, including the proper, directed taking of prescribed medications. The defendant shall not discontinue treatment without the permission of the U.S. Probation Officer.

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 1, $100.00 as to Count(s) 2, $100.00 as to Count(s) 3, $100.00 as to Count(s) 4 for a **total** of $400.00
☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least $ 25 or 10% during the term of supervision
☐ Special assessment remitted upon deportation of the defendant

☐ Defendant shall pay a **fine** in the amount of _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, for a **total** of $0.00
☐ Fine is due and payable immediately
☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☐ Fine shall be paid in monthly installments of at least $ _____ during the term of supervision
☐ Fine shall be paid jointly and severally with _____
☑ Fine is waived due to inability to pay

☐ Defendant shall make **restitution** in the amount of $0.00 as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of $0.00
☐ Restitution is due and payable immediately
☐ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☐ Restitution shall be paid in monthly installments of at least $ _____ during the time of supervision
☐ Restitution shall be paid jointly and severally with _____
☐ Other restitution information _____

☐ Interest requirement for fine/restitution/special assessment is waived

☑ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM
☐ Defendant shall **report** to institution as directed by Probation
☐ Court **recommends placement** at _____

☐ Court recommends defendant participate in the prison industries program
☑ Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☑ Defendant advised of right to appeal    ☐ Defendant waives right to appeal
☐ Defendant shall forfeit the following property _____

☐ Count(s) _____ of the Indictment **dismissed** on the motion of the United States