James Barrett
Assistant Federal Defender
214 W. Lincolnway Ste. 31A
Cheyenne, WY 82001
(307) 772-2781
(307) 772-2788 fax
Wyo. Bar No. 5-1274
James.Barrett@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.   15-CR-57-1F |
| ANDREW LAMBERT SILICANI, | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, Andrew Silicani, by and through his court-appointed counsel, Assistant Federal Defender James Barrett, appeals the District Court's Judgment in a Criminal Case entered on July 10, 2015 to the United States Court of Appeals for the Tenth Circuit.

Dated this <u>14th</u> day of July, 2015.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender

                    s/ *James Barrett*
                    Assistant Federal Public Defender
                    James Barrett
                    214 W. Lincolnway, Suite 31A
                    Cheyenne, WY  82001
                    (307) 772-2781
                    Email Address:     W Y X _ 1 0 E C F @ f d . o r g
                                         James_Barrett@fd.org

### *CERTIFICATE OF SERVICE*

      I hereby certify that the foregoing was served on the 14th day of July, 2015 by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

                    /s/ *James Barrett*