OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming



Stephan Harris
Clerk of Court

Maggie Botkins
Chief Deputy Clerk

July 15, 2015

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, Colorado 80257

Re:  *United States of America v Andrew Lambert Silicani*
District Court Case Number:  1-15-CR-00057-NDF
Notice of Appeal filed:  7/14/2015
**$500.00 fee was not paid * $5.00 fee was not paid**

Dear Ms. Shumaker:

Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of the district court docket entries.

- Copy of the notice of appeal.

- Copy of the district court's final judgment or order(s) from which the appeal is taken, as follows:

    7/10/2015: Judgment (Doc. 54)

If any thing further is required, please let me know.

Sincerely,

STEPHAN HARRIS
Clerk of Court

By:  /s/ Deany Fondren
Deputy Clerk

Attachment(s)

**The procedures and appeals packet may be obtained from our website at http://www.wyd.uscourts.gov**

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001          111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152                        (307) 232-2620 ◆ Fax: (307) 232-2630
www.wyd.uscourts.gov