# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>ANDREW LAMBERT SILICANI,<br>    Defendant-Appellant. | District Court No. 15-cr-00057-NDF-1<br><br>Court of Appeals Nos.: 15-8051 |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

   Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

   The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

   1. Transcript of 03/26/15 Initial Arraignment (CR 34);
   2. Transcript of 04/27/15 Change of Plea (CR 41);
   3. Transcript of 07/09/15 Sentencing (CR 53); and
   4. Presentence Report and/or any Addendum(s).

                               s/ Veronica S. Rossman
                               VERONICA S. ROSSMAN
                               Assistant Federal Public Defender
                               633 17th Street, Suite 1000
                               Denver, CO 80202
                               Telephone: (303) 294-7002
                               Fax: (303) 294-1192
                               Email: Veronica.Rossman@fd.org
                               Attorney for Defendant-Appellant

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerks of the court of appeals and the district court by ECF on July 30, 2015.

                               s/ Veronica S. Rossman
                               VERONICA S. ROSSMAN