APPEAL,JFA

# U.S. District Court
## District of Wyoming (Casper)
### CRIMINAL DOCKET FOR CASE #: 1:15-cr-00057-NDF-1

| | |
|---|---|
| Case title: USA v. Silicani | Date Filed: 03/19/2015 |
| Magistrate judge case number: 2:15-mj-00013-NDF | Date Terminated: 07/09/2015 |

Assigned to: Honorable Nancy D Freudenthal

Appeals court case number: 15-8051
USCA 10th Circuit

**Defendant (1)**

**Andrew Lambert Silicani**
*TERMINATED: 07/09/2015*

represented by **James H Barrett**
FEDERAL PUBLIC DEFENDER'S OFFICE
214 West Lincolnway, Suite 31-A
Cheyenne, WY 82001
307/772-2781
Fax: 307/772-2788
Email: jim_barrett@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Pending Counts**

18 U.S.C. § 1958 (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)
(1-3)

**Disposition**

120 months imprisonment (consecutive on all counts and consecutive to state court sentence), 3 years supervised release with special conditions (consecutive on all counts), no fine, $100 special assessment on all counts

18 U.S.C. § 1958 (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)
(4)

60 months imprisonment (consecutive on all counts and consecutie to state court sentence), 3 years supervised release with special conditions (consentive on all counts), no fine, $100 special assessment

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18 USC 1958 - Murder for Hire

**Disposition**

**Plaintiff**

USA        represented by   Thomas Andrew Szott
                            UNITED STATES ATTORNEYS OFFICE
                            2120 Capitol Avenue
                            4th Floor
                            PO Box 668
                            Cheyenne, WY 82001
                            307/772-2124
                            Fax: 307/772-2123
                            Email: Thomas.Szott@usdoj.gov
                            *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*
                            *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2015 | 1 | SEALED REDACTED COMPLAINT as to Andrew Lambert Silicani (1). (Attachments: # 1 Sealed Complaint Coversheet) (Court Staff, szr) (Main Document 1 replaced on 2/19/2015 per Court order. Please refer to document 13 for public, redacted Complaint) (Court Staff, szr). Modified on 2/19/2015 (Court Staff, szr). [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
| 02/12/2015 | 2 | MOTION to Seal Case by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
| 02/12/2015 | 3 | ORDER Granting 2 Motion to Seal Case as to Andrew Lambert Silicani (1) by the Honorable Kelly H. Rankin. Case will remain sealed until the Defendant appears before a Judge in the District of Wyoming. Original, unredacted complaint will remain sealed indefinitely. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
| 02/12/2015 | 4 | MOTION for Detention Hearing by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
| 02/12/2015 | 5 | Warrant Issued as to Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |

| 02/12/2015 | 6 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION (Petition) for Writ of Habeas Corpus ad prosequendum by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, sjlg) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
|---|---|---|
| 02/12/2015 | 7 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ORDER granting 6 Motion (Petition) for Writ of Habeas Corpus ad prosequendum as to Andrew Lambert Silicani (1) by the Honorable Kelly H Rankin. (Court Staff, sjlg) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
| 02/12/2015 | 8 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - Writ of Habeas Corpus ad Prosequendum Issued as to Andrew Lambert Silicani (Court Staff, sjlg) [2:15-mj-00013-NDF] (Entered: 02/12/2015) |
| 02/13/2015 | 9 | MOTION to Amend/Correct 5 Warrant Issued by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, sth) [2:15-mj-00013-NDF] (Entered: 02/13/2015) |
| 02/13/2015 | 10 | ORDER by the Honorable Kelly H Rankin granting 9 Motion to Amend/Correct as to Andrew Lambert Silicani (1).(Court Staff, sth) [2:15-mj-00013-NDF] (Entered: 02/13/2015) |
| 02/13/2015 | 11 | Corrected Warrant Issued as to Andrew Lambert Silicani. (Court Staff, sth) [2:15-mj-00013-NDF] (Entered: 02/13/2015) |
| 02/18/2015 | 12 | NOTICE OF HEARING as to Andrew Lambert Silicani, **Initial Appearance set for 2/19/2015 08:30 AM in Cheyenne Courtroom No. 3 (Room No. 2104) before Honorable Kelly H. Rankin.** (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/18/2015) |
| 02/19/2015 | 13 | REDACTED AMENDED COMPLAINT as to Andrew Lambert Silicani. (Attachments: # 1 Sealed Complaint Coversheet) (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 14 | Warrant Returned Executed on 02/18/2015 in case as to Andrew Lambert Silicani. (Court Staff, skl) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 15 | MOTION to Seal Amended Complaint by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 16 | ORDER Granting 15 Motion to Seal Amended Complaint as to Andrew Lambert Silicani (1) by the Honorable Kelly H. Rankin. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 17 | Minute Entry: Initial Appearance as to Andrew Lambert Silicani held on 2/19/2015. Defendant detained. (Case unsealed), ***Location/Procedural Interval start as to Andrew Lambert Silicani. Proceedings held before Honorable Kelly H. Rankin. (Court Reporter Julie Thomas.) (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 18 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - CJA 23 Financial Affidavit by Andrew Lambert Silicani (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |

| | | |
|---|---|---|
| 02/19/2015 | 19 | NOTICE OF HEARING as to Andrew Lambert Silicani, **Preliminary/Detention Hearing** set for 2/24/2015 11:00 AM in Cheyenne Courtroom No. 3 (Room No. 2104) before Honorable Kelly H. Rankin. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 20 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Andrew Lambert Silicani by the Honorable Kelly H. Rankin.(Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 21 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION to Prohibit Defendant from Contacting Potential Government Witnesses by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/19/2015 | 22 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ORDER Granting 21 MOTION to Prohibit Defendant from Contacting Potential Government Witnesses as to Andrew Lambert Silicani (1) by the Honorable Kelly H. Rankin.(Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/19/2015) |
| 02/24/2015 | 23 | SEALED DOCUMENT - PRETRIAL SERVICES BOND MEMO as to Andrew Lambert Silicani. Access granted to: Thomas Andrew Szott, James C Anderson, James H Barrett. (scaldwell, ) [2:15-mj-00013-NDF] (Entered: 02/24/2015) |
| 02/24/2015 | 24 | Minute Entry: Preliminary/Detention Hearing as to Andrew Lambert Silicani held on 2/24/2015. Preliminary Hearing waived, Defendant detained. Proceedings held before Honorable Kelly H. Rankin. (Court Reporter Jan Davis.) (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/24/2015) |
| 02/24/2015 | 25 | WAIVER of Preliminary Examination or Hearing by defendant Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/24/2015) |
| 02/24/2015 | 26 | ORDER OF DETENTION as to Andrew Lambert Silicani by the Honorable Kelly H. Rankin.(Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/24/2015) |
| 02/24/2015 | 27 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION to Prohibit Defendant from Contacting Potential Witnesses by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/24/2015) |
| 02/24/2015 | 28 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ORDER granting 27 MOTION to Prohibit Defendant from Contacting Potential Witnesses as to Andrew Lambert Silicani (1) by the Honorable Kelly H. Rankin.(Court Staff, szr) [2:15-mj-00013-NDF] (Entered: 02/24/2015) |
| 03/19/2015 | 29 | INDICTMENT as to Andrew Lambert Silicani (1) count(s) 1-4. (Court Staff, sds) (Entered: 03/19/2015) |
| 03/19/2015 | 30 | Praecipe for Warrant by Plaintiff USA as to Defendant(s) ANDREW LAMBERT SILICANI. (Court Staff, sds) (Entered: 03/19/2015) |
| 03/19/2015 | 31 | MOTION for Detention Hearing by USA as to Defendant(s) Andrew Lambert Silicani. (Court Staff, sds) (Main Document 31 replaced on 3/19/2015) (Court Staff, sds). (Entered: 03/19/2015) |

| | | |
|---|---|---|
| 03/19/2015 | 32 | Warrant Issued as to Andrew Lambert Silicani. (Court Staff, sds) (Entered: 03/19/2015) |
| 03/25/2015 | 33 | NOTICE OF HEARING as to Andrew Lambert Silicani, **Initial Appearance/Arraignment set for 3/26/2015 10:00 AM in Cheyenne Courtroom No. 3 (Room No. 2104) before Honorable Kelly H Rankin.** (Court Staff, szr) (Entered: 03/25/2015) |
| 03/26/2015 | 34 | Minute Entry: Initial Appearance/Arraignment as to Andrew Lambert Silicani (1) Count 1-4 held on 3/26/2015. Defendant pled not guilty, detained. Parties will have 20 days to file motions. Speedy trial is calculated as May 19, 2015. Proceedings held before Honorable Kelly H. Rankin. (Court Reporter Jan Davis.) (Court Staff, szr) (Entered: 03/26/2015) |
| 03/26/2015 | 35 | ORDER for Discovery as to Andrew Lambert Silicani by the Honorable Kelly H. Rankin.(Court Staff, szr) (Entered: 03/26/2015) |
| 03/26/2015 | 36 | ORDER for Grand Jury Transcripts as to Andrew Lambert Silicani by the Honorable Kelly H. Rankin.(Court Staff, szr) (Entered: 03/26/2015) |
| 03/26/2015 | 37 | NOTICE OF HEARING as to Andrew Lambert Silicani, **Jury Trial set for 5/18/2015 08:30 AM in Cheyenne Courtroom No. 1 (Room No. 2132) before Honorable Nancy D. Freudenthal.** (Court Staff, szr) (Entered: 03/26/2015) |
| 03/27/2015 | 38 | Warrant Returned Executed on 03/26/2015 in case as to Andrew Lambert Silicani. (Court Staff, skl) (Entered: 03/27/2015) |
| 04/24/2015 | 39 | NOTICE OF HEARING as to Andrew Lambert Silicani: **Change of Plea Hearing set for 4/27/2015 09:00 AM in Cheyenne Courtroom No. 1 (Room No. 2132) before Honorable Nancy D Freudenthal.** (Court Staff, sal) (Entered: 04/24/2015) |
| 04/24/2015 | 40 | EX-PARTE/NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ELEMENTS OF THE CRIME AND PROSECUTOR'S STATEMENT filed by USA as to Plaintiff USA, Defendant Andrew Lambert Silicani (Szott, Thomas) (Entered: 04/24/2015) |
| 04/27/2015 | 41 | Minute Entry: Change of Plea Hearing as to Andrew Lambert Silicani, Guilty plea entered as to all counts. Proceedings held before Honorable Nancy D Freudenthal. (Court Reporter Julie Thomas.) (Court Staff, sal) (Entered: 04/27/2015) |
| 04/27/2015 | 42 | NOTICE OF HEARING as to Andrew Lambert Silicani, Jury trial vacated, **Sentencing set for 7/6/2015 10:00 AM in Cheyenne Courtroom No. 1 (Room No. 2132) before Honorable Nancy D Freudenthal.** (Court Staff, sal) (Entered: 04/27/2015) |
| 06/03/2015 | 43 | SEALED DOCUMENT - PRESENTENCE REPORT as to Andrew Lambert Silicani. Access granted to: Thomas Andrew Szott, James H Barrett. Last day to file response to PSR is 6/22/2015. (ssanders, ) (Entered: 06/03/2015) |
| 06/03/2015 | 44 | EX-PARTE DOCUMENT - PRESENTENCE REPORT SUPPORTING DOCUMENTS AND LETTERS as to Andrew Lambert Silicani (ssanders, ) (Entered: 06/03/2015) |
| 06/03/2015 | 45 | SEALED DOCUMENT - PRESENTENCE REPORT RECOMMENDATIONS as to Andrew Lambert Silicani (ssanders, ) (Entered: 06/03/2015) |

| 06/19/2015 | 46 | EX-PARTE DOCUMENT - OBJECTIONS/RESPONSES TO PRESENTENCE INVESTIGATION REPORT as to defendant Andrew Lambert Silicani. (Szott, Thomas) (Entered: 06/19/2015) |
|---|---|---|
| 06/22/2015 | 47 | EX-PARTE DOCUMENT - OBJECTIONS/RESPONSES TO PRESENTENCE INVESTIGATION REPORT as to defendant Andrew Lambert Silicani. (Barrett, James) (Entered: 06/22/2015) |
| 06/23/2015 | 48 | SEALED DOCUMENT - ADDENDUM TO PRESENTENCE REPORT as to Andrew Lambert Silicani Access granted to: Thomas Andrew Szott, James H Barrett. (ssanders, ) (Entered: 06/23/2015) |
| 06/23/2015 | 49 | SEALED DOCUMENT - REVISED PRESENTENCE REPORT as to Andrew Lambert Silicani Access granted to: Thomas Andrew Szott, James H Barrett. (ssanders, ) (Entered: 06/23/2015) |
| 06/29/2015 | 50 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - SENTENCING MEMORANDUM as to defendant Andrew Lambert Silicani (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Szott, Thomas CD exhibits received in Clerk's Office and copies delivered to NDF chambers on 6/29/2015 (Court Staff, sal). (Entered: 06/29/2015) |
| 06/29/2015 | 51 | NOTICE OF HEARING as to Andrew Lambert Silicani: Sentencing RESET for 7/9/2015 09:00 AM in Cheyenne Courtroom No. 1 (Room No. 2132) before Honorable Nancy D Freudenthal. (Court Staff, sal) (Entered: 06/29/2015) |
| 06/30/2015 | 52 | EX-PARTE DOCUMENT - OBJECTIONS/RESPONSES TO PRESENTENCE INVESTIGATION REPORT as to defendant Andrew Lambert Silicani. (Barrett, James) (Entered: 06/30/2015) |
| 07/09/2015 | 53 | Minute Entry: Sentencing held on 7/9/2015 for Andrew Lambert Silicani (1). Counts 1-3 - 120 months imprisonment (consecutive on all counts and consecutive to state court sentence), 3 years supervised release with special conditions (consecutive on all counts), no fine, $100 special assessment on all counts; Count 4 - 60 months imprisonment (consecutive on all counts and consecutie to state court sentence), 3 years supervised release with special conditions (consentive on all counts), no fine, $100 special assessment. Proceedings held before Honorable Nancy D Freudenthal. (Court Reporter Jan Davis.) (Court Staff, sal) (Entered: 07/09/2015) |
| 07/10/2015 | 54 | JUDGMENT and COMMITMENT by the Honorable Nancy D. Freudenthal as to Andrew Lambert Silicani (1). Counts 1-3 - 120 months imprisonment (consecutive on all counts and consecutive to state court sentence), 3 years supervised release with special conditions (consecutive on all counts), no fine, $100 special assessment on all counts; Count 4 - 60 months imprisonment (consecutive on all counts and consecutive to state court sentence), 3 years supervised release with special conditions (consentive on all counts), no fine, $100 special assessment. Emailed to USMS on this date.(Court Staff, sal) Modified on 7/15/2015 (Court Staff, sdf). (Entered: 07/10/2015) |
| 07/14/2015 | 55 | NOTICE OF APPEAL by defendant Andrew Lambert Silicani re 54 Judgment,, ; (Barrett, James) (Entered: 07/14/2015) |

| 07/15/2015 | 56 | Preliminary Record of appeal sent to USCA and counsel as to Andrew Lambert Silicani re 55 Notice of Appeal **The procedures and appeals packet may be obtained from our website at www.wyd.uscourts.gov** (Attachments: # 1 Preliminary ROA including NOA) (Court Staff, sdf) (Entered: 07/15/2015) |
| --- | --- | --- |
| 07/16/2015 | 57 | APPEAL NUMBER **15-8051** received from USCA as to Andrew Lambert Silicani for 55 Notice of Appeal filed by Andrew Lambert Silicani. Criminal case docketed. Preliminary record filed. Docketing statement due 07/30/2015 for Andrew Lambert Silicani. Notice of appearance due on 07/30/2015 for Andrew Lambert Silicani and United States of America. A/Pet designation of record due 07/30/2015 for Andrew Lambert Silicani. Transcript order form due 07/30/2015 for James H. Barrett. Appointment motion due 07/30/2015 for Andrew Lambert Silicani. [15-8051] (Court Staff, sdf) (Entered: 07/16/2015) |

| PACER Service Center | |
| --- | --- |
| Transaction Receipt | |
| 07/29/2015 15:20:45 | |
| **PACER Login:** fp0077:2550637:0 | **Client Code:** |
| **Description:** Docket Report | **Search Criteria:** 1:15-cr-00057-NDF |
| **Billable Pages:** 6 | **Cost:** 0.60 |