# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS   ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 15-cr-00057-NDF
4. Appeals Docket #: 15-8051
5. For (District/Circuit): Wyoming
6. In The Case Of   United States v. Silicani
7. Person Represented: Andrew Lambert Silicani
8. Location/Organization Code:   WYXDC
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): 03/26/15 Initial Arraignment (CR 34); 07/09/15 Sentencing (CR 53)
11. Special Needs (Check One If Applicable):
    ☒ Ordinary: $3.65/page (within 30 days)   ☐ 14-day: $4.25/page (within 14 days)   ☐ Expedite: $4.85/page (within 7 days)   ☐ Daily: $6.05/page (next day)   ☐ Hourly: $7.25/page (same day)
12. I REQUIRE (CHECK ONE):   ☐ PAPER COPY   ☒ DIGITAL COPY
13. _____[signature]_____   07/30/15
    Attorney Signature -- VERONICA S. ROSSMAN   Date

    REQUEST APPROVED: _____[signature]_____   7-30-15

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☒ OFFICIAL   ☐ CONTRACT   ☐ TRANSCRIBER   ☐ OTHER: _____
15. Full Name Of Payee: Jan Davis
16. Social Security Or Employer ID# Of Payee:
17. Remit To:
18. Telephone Number: 307-635-3884

| 19. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
|  |  |  |  |  | 20. Total claimed | $ |

21. Certification of Attorney

Signature of Attorney   Date