FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

August 4, 2015

Elisabeth A. Shumaker
Clerk of Court

―――――――――――――――――――

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ANDREW LAMBERT SILICANI,

    Defendant - Appellant.

No. 15-8051
(D.C. No. 1:15-CR-00057-NDF-1)
(D. Wyo.)

―――――――――――――――――――

## ORDER

―――――――――――――――――――

    This matter comes on for consideration of the appellee's unopposed motion to file redacted exhibits. Upon consideration thereof, the motion is granted. Redacted versions of exhibits 1 and 3 to the government's sentencing memorandum may be filed as part of the record on appeal.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Ellen Rich Reiter
            Jurisdictional Attorney