*Janet Davis, RDR, FCRR*
United States Court Reporter
United States District Court of Wyoming
2120 Capitol Avenue, Room 2228
Cheyenne, WY 82001

August 10, 2015

Ms. Elisabeth A. Shumaker
U.S. Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado  80257

RE: USA vs Silicani
    USDC:  15-CR-057-F
    Appeals:  15-8051

Dear Ms. Shumaker:

The following transcripts have been filed with the Clerk of Court in the United States District Court of Wyoming:

| Date of Proceeding | | Date of Filing |
|---|---|---|
| 3/26/2015 | Initial/Arraignment | 8/10/2015 |
| 7/9/2015 | Sentencing | 8/10/2015 |

Sincerely,

*/s/ Janet Davis*, RDR, FCRR

307.635.3884
307.632.4943 (Fax)
jbd.davis@gmail.com