**Julie H. Thomas, RMR, CRR**
United States Court Reporter
United States District Court
District of Wyoming
2120 Capitol Avenue, Suite 2228
Cheyenne, WY  82001
(307) 778-0078  Phone
(307) 778-0076  Fax

hedelson@qwestoffice.net

August 28, 2015

Ms. Elisabeth A. Shumaker
Clerk of Court
U.S. Tenth Circuit Court of Appeals
1823 Stout Street
Denver, CO 80257

Dear Ms. Shumaker:

The following transcript has been filed with the Clerk of Court in the District of Wyoming:

| USDC No. 15-CR-057-F | USA v Silicani | USCA No. 15-8051 |
|---|---|---|

| Proceedings Date | Proceedings Type | Filed Date |
|---|---|---|
| 4/27/15 | Change of Plea | 8/28/15 |

Sincerely,

/s/ Julie H. Thomas

Julie H. Thomas