OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming

Stephan Harris
Clerk of Court



Maggie Botkins
Chief Deputy Clerk

September 10, 2015

Elisabeth A. Shumaker, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, Colorado 80257

    Re:    USDC No.    1-15-CR-00057-NDF
            USCA No.    15-8051
           *United States of America v Andrew Lambert Silicani*

Dear Ms. Shumaker:

    Attached is the record on appeal consisting of three (3) volumes in the above referenced matter.

    The total record is enclosed herewith.

                                  Sincerely,

                                  STEPHAN HARRIS
                                  Clerk of Court

                    By:    /s/ Deany Fondren
                                  Deputy Clerk

Attachments

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152    (307) 232-2620 ◆ Fax: (307) 237-0014

*www.wyd.uscourts.gov*

# RECORD ON APPEAL

UNITED STATES COURT OF APPEALS
TENTH CIRCUIT

USDC #  1-15-CR-00057-NDF
USCA #  15-8051

United States of America ,
        Plaintiff,
  vs.

Andrew Lambert Silicani,
        Defendant.

## VOLUME ONE: PLEADINGS

Pleading No:   2 • 4 • 5 • 9 • 10 • 11 • 12 • 13 • 14 • 15 • 16 • 17 • 19 • 20 • 24 • 25 • 26 • 29 • 31 • 34 • 35 • 36 • 39 • 41 • 53 • 54 • 55

## VOLUME TWO:   SEALED/NON-PUBLIC DOCUMENT
pursuant to the Judicial Conference Policy on Privacy and Public Access

Pleading No: 1 • 6 • 7 • 8 • 13 • 18 • 21 • 22 • 23 • 27 • 28 • 40 • 43 • 44 • 45 • 46 • 47 • 48 • 49 • 50 • 52

**Note:  Attachments Docs. 50-1 (redacted) and 50-4 CD forthcoming.**

## VOLUME THREE:  NON-PUBLIC TRANSCRIPTS
pursuant to the Judicial Conference Policy on Privacy and Public Access

03/26/2015:  Initial/Arraignment (Doc. 67) Jan Davis
04/27/2015:  Change of Plea 8/28/15 (Doc. 71) Julie Thomas
07/09/2015:  Sentencing (Doc. 68) Jan Davis

                                              STEPHAN HARRIS
                                              Clerk of Court

                    By:   /s/Deany Fondren
                          Deputy Clerk

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001      111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152      (307) 232-2620 ◆ Fax: (307) 237-0014

*www.wyd.uscourts.gov*