DEFENDANT: Andrew Lambert Silicani
CASE NUMBER: 15-CR-57-1F

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

Judgment-Page 2 of 7

2016 MAR 3 PM 3 35

STEPHAN HARRIS, CLERK
CHEYENNE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred (120) months as to Count 1, one hundred twenty (120) months as to Count 2, one hundred twenty (120) months as to Count 3 and sixty (60) months as to Count 4 in this matter for a total of four hundred twenty (420) months, each count to be served consecutively to one another. This sentence is also imposed consecutively to the sentence imposed by the Laramie County District Court in Docket No. 30-869.

The Court makes the following recommendations to the Bureau of Prisons: that the defendant participate in the Residential Drug Abuse Program.

The defendant is remanded to the custody of the United States Marshal Service.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _October 30, 2015_ to _U.S Penitentiary_ at _Florence,_
_____, with a certified copy of this Judgment.

_T.K. Cozza-Rhodes, Warden_
United States Marshal

By: _A Watson, CSO_
Deputy Marshal