# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

June 20, 2016

Chris Wolpert  
Chief Deputy Clerk

Mr. Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000

**RE:** **15-8051, United States v. Silicani**
Dist/Ag docket: 1:15-CR-00057-NDF-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    James H. Barrett
       Veronica S. Rossman
       Grant Russell Smith
       Thomas Andrew Szott

EAS/lg