UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 15-CR-00057-NDF |
| ANDREW LAMBERT SILICANI, | ) |
| Defendant. | ) |

### Order Granting Unopposed Motion to Partially Rescind No Contact Order

This matter is before the Court on the Federal Public Defender's unopposed motion to partially rescind the Court's No Contact Order issued on February 19, 2015. After review of the record and defendant's motion, this Court finds good cause to grant defendant's motion.

**IT IS HEREBY ORDERED** that defendant's motion is **GRANTED** and that the Court's Order prohibiting Mr. Silicani from contacting potential witnesses is partially rescinded. Specifically, Mr. Silicani may have contact with his step-mother Vera Potapenko.

DATED this 23 day of August, 2016.

CHIEF U.S. DISTRICT COURT JUDGE