# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 26, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  Andrew Lambert Silicani
           v. United States
           No. 16-6577
           (Your No. 15-8051)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 24, 2016 and placed on the docket October 26, 2016 as No. 16-6577.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Michael Duggan
                          Case Analyst