# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 28, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Andrew Lambert Silicani
v. United States
No. 16-6577
(Your No. 15-8051)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk