**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

RECEIVED
DEC 28 2016
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Betsy Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

December 27, 2016

**To:** Clerk, U.S. District Court or Agency
**Subject:** Records /Original File Returns
Tammy DuVall   303-335-2983

**District** Cheyenne Wyoming
**Shipped via:** Federal Express
Tracking # 714102031044

**Attention:** Records Clerk

The mandate(s) have issued in the appeal(s) listed below. Materials are being returned to you under cover of this letter. Please acknowledge receipt of the materials by receive stamping, dating, signing and returning this letter to our office.

| 10th Circuit Case Number | District Court Case Number | Short Caption | Volumes/File | Document Number |
|---|---|---|---|---|
| 15-8051 | 15CR57-F | USA v. Andrew Lambert Silicani | 2 Original Disk of Exhibit 1 and Exhibit 4 | 10431813 |