FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 SEP -4  PM 1:

STEPHAN HARRIS, CLERK
CHEYENNE

lerk of the Courts,

8-27-18

Can you please Send Me a Copy of My Docket Sheet, Criminal Docket
or Case #: 1:15-CR-00057-NDF I d greatly appreciate it. Thank
you.

Andrew Splicani

Inmate Name: Andrew Silicani
Register Number: 14126-091
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

29 AUG 2018 PM 2 L

United States Federal Courts
Clerk of the Courts
2120 Capitol Ave., Room 2228
Cheyenne, WY 82001

82001-366653