MARK A. KLAASSEN
United States Attorney
C. LEVI MARTIN (WY Bar # 6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
christopher.martin@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Criminal No. 1:15-cr-00057-NDF** |
| **ANDREW LAMBERT SILICANI,** | |
| Defendant. | |

## SATISFACTION OF JUDGMENT AS TO MONETARY COMPONENT(S)

The assessment, fine and/or restitution imposed by the Court in the above-entitled action,

having been paid or otherwise settled, the Clerk of the Court may now satisfy the Judgment as to

the monetary component(s) only.

DATED this 2nd day of July 2020.

MARK A. KLAASSEN
United States Attorney

By:    */s/ C. Levi Martin*
C. LEVI MARTIN
Assistant United States Attorney

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2020, I served a true and correct copy of the foregoing upon

Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid,

as follows:

Andrew Lambert Silicani
Reg. #14126-091
Lee USP
PO Box 305
Jonesville, VA 24263

*/s/ Teresa L. Gonzalez*
United States Attorney's Office

2